# EXHIBIT 1

# 1846 Reservation Boundaries of the Potawatomi Nation



NOTE:  This rendering of the 1846 Potawatomi Nation Reservation (9 Stat 853) boundaries is based on the official plat maps on file with the Bureau of Land Management (BLM) for each affected township.  These plat maps were surveyed and approved by the General Land Office between 1856 and 1858 and are attached for reference purposes.  These plats were obtained from the BLM Website:  www.glorecords.blm.gov.