# EXHIBIT 2

# Kansas Retail Lottery Locations within the Boundaries of the 1846 Potawatomi Reservation



Note: Numbers beside each lottery location corresponds to the ID field on the accompanying table. Locations provided by the Kansas Lottery website, www.playonkansas.com, accessed on 1 May 2026. Reservation boundaries authorized by the Treaty of Council Bluffs and Osage River, 5 & 17 June 1846 (9 Stat 853) and surveyed and approved by authority of the General Land Office, 1857.

# Kansas Lottery Retail Locations within the Boundaries of the 1846 Potawatomi Reservation

| ID | Name | Address | City | ST | ZIP |
|---|---|---|---|---|---|
| 1 | Maple Hill Truck Stop | 32981 WINDY HILL RD | MAPLE HILL | KS | 66507 |
| 2 | Casey`s General Store 3047 | 215 E HWY 24 | ROSSVILLE | KS | 66533 |
| 3 | Wehner`s Of Rossville | 551 E HWY 24 TRFY | ROSSVILLE | KS | 66533 |
| 4 | Short Stop 24 | 603 E HWY 24 | SAINT MARYS | KS | 66536 |
| 5 | Phillips 66 17088 | 10021 NW HWY 24 | SILVER LAKE | KS | 66539 |
| 6 | Casey`s General Store 1196 | 424 CHESTNUT | SILVER LAKE | KS | 66539 |
| 7 | West Ridge Lanes | 1935 SW WESTPORT DR | TOPEKA | KS | 66604 |
| 8 | Murphy Express 8599 | 1531 SW WANAMAKER RD | TOPEKA | KS | 66604 |
| 9 | Kwik Shop 713 | 5700 SW 21ST ST | TOPEKA | KS | 66604 |
| 10 | I-70 Bp | 1000 SW WANAMAKER | TOPEKA | KS | 66604 |
| 11 | Haag`s Express | 1001 SW WANAMAKER RD | TOPEKA | KS | 66604 |
| 12 | WaL-Mart 1802 | 1501 SOUTHWEST WANAMAKER F | TOPEKA | KS | 66604 |
| 13 | B Well Corner (Mall Munchies) | 1801 SOUTHWEST WANAMAKER F | TOPEKA | KS | 66604 |
| 14 | I70 66 | 600 SW FAIRLAWN | TOPEKA | KS | 66606 |
| 15 | Fairlawn Express (Valero 1 Stop) | 706 SW FAIRLAWN RD | TOPEKA | KS | 66606 |
| 16 | Haag`s Kicks 66 | 3300 SW GAGE BLVD | TOPEKA | KS | 66614 |
| 17 | HY-Vee Gas 1658 | 6011 SW 29TH | TOPEKA | KS | 66614 |
| 18 | Fairlawn 66 | 2836 SW FAIRLAWN | TOPEKA | KS | 66614 |
| 19 | Dillons Gas Store 9087 | 5311 SW 22ND PL | TOPEKA | KS | 66614 |
| 20 | HY-Vee 1658 | 2951 SW WANAMAKER RD | TOPEKA | KS | 66614 |
| 21 | Wanamaker Amoco | 5977 SW 29TH | TOPEKA | KS | 66614 |
| 22 | Dillons 37 | 6829 SW 29TH ST | TOPEKA | KS | 66614 |
| 23 | Dillons Gas Store 9037 | 6829 1/2 SW 29TH | TOPEKA | KS | 66614 |
| 24 | Casey`s General Store 3580 | 6741 SW 21ST ST | TOPEKA | KS | 66615 |
| 25 | Meyer S. Wine and Spirits | 5610 SW 29th Street | TOPEKA | KS | 66614 |
| 26 | Dillons 87 | 2101 SW Fairlawn Rd | TOPEKA | KS | 66614 |
| 27 | Quick Stop 5 | 3335 SW Gage Blvd | TOPEKA | KS | 66614 |

BY AUTHORITY OF CONGRESS.

THE

# Statutes at Large and Treaties

OF THE

# UNITED STATES OF AMERICA

FROM

## DECEMBER 1, 1845, TO MARCH 3, 1851,

### Arranged in Chronological Order;

WITH

## REFERENCES TO THE MATTER OF EACH ACT AND TO THE SUBSEQUENT ACTS ON THE SAME SUBJECT.

EDITED BY

# GEORGE MINOT, ESQ.,

COUNSELLOR AT LAW.

The rights and interest of the United States in the stereotype plates from which this work is printed are hereby recognized, acknowledged, and declared by the publishers, according to the provisions of the joint resolution of Congress, passed March 3, 1845.

## VOL. IX.

BOSTON:
CHARLES C. LITTLE AND JAMES BROWN.
1851.

TREATY WITH THE POTTOWAUTOMIES. JUNE 5 AND 17, 1846.    853

## TREATY WITH THE POTTOWAUTOMIE NATION. (a)

Whereas the various bands of the Pottowautomie Indians, known as the Chippewas, Ottawas, and Pottowautomies, the Pottowautomies of the Prairie, the Pottowautomies of the Wabash, and the Pottowautomies of Indiana, have, subsequent to the year 1828, entered into separate and distinct treaties with the United States, by which they have been separated and located in different countries, and difficulties have arisen as to the proper distribution of the stipulations under various treaties, and being the same people by kindred, by feeling, and by language, and having, in former periods, lived on and owned their lands in common; and being desirous to unite in one common country, and again become one people, and receive their annuities and other benefits in common, and to abolish all minor distinctions of bands by which they have heretofore been divided, and are anxious to be known only as the POTTOWAUTOMIE NATION, thereby reinstating the national character; and whereas the United States are also anxious to restore and concentrate said tribes to a state so desirable and necessary for the happiness of their people, as well as to enable the government to arrange and manage its intercourse with them: now, therefore, the United States and the said Indians do hereby agree, that said people shall hereafter be known as a nation, to be called the POTTOWAUTOMIE NATION; and to the following

*Articles of a Treaty made and concluded at the Agency on the Missouri River, near Council Bluffs, on the fifth Day of June, and at Pottawatomie Creek, near the Osage River, south and west of the State of Missouri, on the seventeenth Day of the same month, in the Year of our Lord one thousand eight hundred and forty-six, between T. P. Andrews, Thomas H. Harvey, and Gideon C. Matlock, Commissioners on the Part of the United States, on the one Part, and the various Bands of the Pottowautomie, Chippewas, and Ottowas Indians, on the other part:—*

### ARTICLE I.

It is solemnly agreed that the peace and friendship which so happily exist between the people of the United States and the Pottowautomie Indians shall continue forever; the said tribes of Indians giving assurance, hereby, of fidelity and friendship to the government and people of the United States; and the United States giving, at the same time, promise of all proper care and parental protection

### ARTICLE II.

The said tribes of Indians hereby agree to sell and cede, and do hereby sell and cede, to the United States, all the lands to which they have claim of any kind whatsoever, and especially the tracts or parcels of lands ceded to them by the treaty of Chicago, and subsequent thereto, and now, in whole or in part, possessed by their people, lying and being north of the River Missouri, and embraced in the limits of the Territory of Iowa; and also all that tract of country lying and being on or near the Osage River, and west of the State of Missouri;

*Margin notes:*
June 5 and 17, 1846.

Consent of Senate, July 22, 1846.
Proclamation, July 23, 1846.
Preamble.

Peace and friendship to continue forever.

Pottowautomies cede certain lands to U. S.

---

(a)  The name of this tribe is, in different treaties, spelled very differently.

## 854  TREATY WITH THE POTTOWAUTOMIES. June 5 and 17, 1846.

*These cessions not to affect title of said Indians to former grants and reservations.*

it being understood that these cessions are not to affect the title of said Indians to any grants or reservations made to them by former treaties.

### ARTICLE III.

*Consideration to be paid by U. S. for cession.*

In consideration of the foregoing cessions, or sales of land to the United States, it is agreed to pay to said tribes of Indians the sum of eight hundred and fifty thousand dollars, subject to the conditions, deductions, and liabilities, provided for in the subsequent articles of this treaty.

### ARTICLE IV.

*Grant by the U. S. of a tract of land to said Indians.*

*Ante, p. 22.*

*Consideration to be paid by said Indians for grants.*

The United States agree to grant to the said united tribes of Indians, possession and title to a tract or parcel of land containing five hundred and seventy-six thousand acres, being thirty miles square, and being the eastern part of the lands ceded to the United States by the Kansas tribe of Indians, by treaty concluded on the 14th day of January, and ratified on the fifteenth of April of the present year, lying adjoining the Shawnees on the south, and the Delawares and Shawnees on the east, on both sides of the Kansas River, and to guarantee the full and complete possession of the same to the Pottowautomie nation, parties to this treaty, as their land and home forever; for which they are to pay the United States the sum of eighty-seven thousand dollars, to be deducted from the gross sum promised to them in the 3d article of this treaty.

### ARTICLE V.

*The U. S. to pay said Indians $50,000 out of sum granted in 3d article—when and for what purpose.*

The United States agree to pay said nation of Indians, at the first annuity payment after the ratification of this treaty, and after an appropriation shall have been made by Congress, the sum of fifty thousand dollars, out of the aggregate sum granted in the third article of this treaty, to enable said Indians to arrange their affairs, and pay their just debts, before leaving their present homes; to pay for their improvements; to purchase wagons, horses, and other means of transportation, and pay individuals for the loss of property necessarily sacrificed in moving to their new homes; said sum to be paid, in open council, by the proper agents of the United States, and in such just proportions to each band as the President of the United States may direct.

### ARTICLE VI.

*Said tribes to remove to new homes within two years from ratification of treaty.*

*Provision for expenses of removal and subsistence.*

The said tribes of Indians agree to remove to their new homes, on the Kansas River, within two years from the ratification of this treaty; and further agree to set apart the sum of twenty thousand dollars to the upper bands, (being ten dollars per head,) and ten thousand dollars to the lower bands, (being five dollars per head,) to pay the actual expenses of removing; and the sum of forty thousand dollars for all the bands, as subsistence money, for the first twelve months after their arrival at their new homes; to be paid to them so soon as their arrival at their new homes is made known to the government, and convenient arrangements can be made to pay the same between the parties to this treaty; the aforesaid sums to be also deducted from the aggregate sum granted by the United States to said tribes of Indians by the 3d article of this treaty.

### ARTICLE VII.

*Balance of $850,000 to remain with U. S., as trust fund, at interest of 5 per cent.*

The balance of the said sum of eight hundred fifty thousand dollars, after deducting the cost of removal and subsistence, &c., it is agreed shall remain with the United States, *in trust* for said Indians, and an interest of five per cent. annually paid thereon, commencing at the expiration of one year after the removal of said Indians, and

continuing for thirty years, and until the nation shall be reduced below one thousand souls. If, after the expiration of thirty years, or any period thereafter, it shall be ascertained that the nation is reduced below that number, the said annuity shall thenceforth be paid *pro rata* so long as they shall exist as a separate and distinct nation, in proportion as the present number shall bear to the number then in existence.

## Article VIII.

It is agreed upon by the parties to this treaty that, after the removal of the Pottowautomie Nation to the Kansas country, the annual interest of their "improvement fund" shall be paid out promptly and fully, for their benefit, at their new homes. If, however, at any time thereafter, the President of the United States shall be of opinion that it would be advantageous to the Pottowautomie nation, and they should request the same to be done, to pay them the interest of said money in lieu of the employment of persons or purchase of machines or implements, he is hereby authorized to pay the same, or any part thereof, in money, as their annuities are paid at the time of the general payments of annuities. It is also agreed that, after the expiration of two years from the ratification of this treaty, the school fund of the Pottowautomies shall be expended entirely in their own country, unless their people, in council, should, at any time, express a desire to have any part of the same expended in a different manner.

*After removal of said Indians, the annual interest of their improvement fund to be paid at new homes.*

*The President may pay in money in lieu of employing persons or purchase of machines, &c.*

*After two years, school fund to be expended in their country.*

## Article IX.

It is agreed by the parties to this treaty that the buildings occupied as a missionary establishment, including twenty acres of land now under fence, shall be reserved for the use of the government agency; also the houses used for blacksmith house and shop shall be reserved for the use of the Pottowautomie smith; but should the property cease to be used for the aforementioned purposes, then it shall revert to the use of the Pottowautomie nation.

*Buildings now occupied as missionary establishment to be reserved for the agency. The blacksmith house and shop to be reserved for Pottowautomie smith.*

## Article X.

It is agreed that hereafter there shall be paid to the Pottowautomie nation, annually, the sum of three hundred dollars, in lieu of the two thousand pounds of tobacco, fifteen hundred pounds of iron, and three hundred and fifty pounds of steel, stipulated to be paid to the Pottowautomies under the third article of the treaty of September 20, 1828.

*Money to be paid in lieu of tobacco, iron, and steel, stipulated in treaty of 1828. Ind. Treat., vol. 1, p. 317.*

In testimony whereof, T. P. Andrews, Thomas H. Harvey, and Gideon C. Matlock, aforesaid Commissioners, and the Chiefs and Principal Men of the Pottowautomie, Ottowa, and Chippewas tribes of Indians, have set their hands, at the time and place first mentioned.

*Signed June 5 and 17, 1846.*

T. P. ANDREWS,   ⎫
TH. H. HARVEY,   ⎬ *Commissioners.*
G. C. MATLOCK,   ⎭

Mi-au-mise, (the Young Miami,)
Op-te-gee-shuck, (or Half Day,)
Wa-sow-o-ko-uck, (or the Lightning,)
Kem-me-kas, (or Bead,)
Mi-quess, (or the Wampum,)
Wab-na-ne-me, (or White Pigeon,
Na-no-no-uit, (or Like the Wind,)
Patt-co-shuck, junior,
Catte-nab-mee, (the Close Observer,)
Wap-que-shuck, (or White Cedar,)

Puck-quon, (or the Rib,)
Sena-tche-wan, (or Swift Current,)
Shaub-poi-tuck, (the Man goes through,)
Wab-sai, (or White Skin,)
Shaum-num-teh, (or Medicine Man,)
Nah-o-sah, (the Walker,)
Keahh,
Ne-ah-we-quot, (the Four Faces,)
Wa-sash-kuck, (or the Grass Turner,)
Ke-ton-ne-co, (or the Kidneys,)

856    TREATY WITH THE POTTOWAUTOMIES.    JUNE 5 AND 17, 1846.

Sah-ken-na-ne-be,
Etwa-gee-shuck,
Saass-pucks-kum, (or Green Leaf,)
Ke-wa-ko-to, (Black Cloud Turning,)
Meek-sa-mack, (the Wampum,)
Chau-cose, (Little Crane,)
Co-shae-wais, (Tree Top,)
Patt-qui,
Me-shuk-to-no,
Ween-co,
Joseph Le Frambeau, *Interpreter*,
Pierre or Perish Le Clerk,
M. B. Beaubien, *Interpreter*,
Pes-co-unk, (Distant Thunder,)
Naut-wish-cum,
Ob-nob, (or He Looks Back,)
Pam-wa-mash-kuck,
Pacq-qui-pa-chee,
Ma-shaus, (the Cutter,)
Ci-co,

* Francois Bourbonnai,
* Chas. H. Beaubien,
* Shau-on-nees
* Paskal Miller,
* Joseph Glaudeau,
* Joseph Laughton,
Ca-ta-we-num, (the Black Dog,)
Sine-pe-num,
Chatt-tee, (the Pelican,)
Me-shik-ke-an,
Teh-cah-co, (Spotted Fawn,)
Ca-shah-kee, (the Craw Fish,)
Shem-me-nah,
Nah-kee-shuck, (In the Air,)
Mich-e-wee-tah, (Bad Name,)
Patte-co-to,
Shau-bon-ni-agh,
Kah-bon-cagh,
Wock-quet.

*Witnesses.*

R. B. Mitchell, *Indian sub-agent*,
Richard Pearson,
A. G. Wilson,
S. W. Smith,

Edward Pore,
John H. Whitehead,
John Copeland,
T. D. S. McDonnell,

W. R. English,
S. E. Wicks,
Lewis Kennedy,
L. T. Tate.

[To the names of the Indians, except where there is an asterisk, are added their marks.]

We, the undersigned, Chiefs and Head Men, and Representatives of the Wabash, St. Joseph, and Prairie bands of the Ottowa, Chippewas, and Pottowautomie Indians, do hereby accept, ratify, and confirm the foregoing articles of a treaty, in all particulars. Done at Pottowautomie Creek, near the Osage River, west and south of the State of Missouri, this seventeenth day of June, A. D., 1846.

To-pen-e-be,
We-we-say,
Gah-gah-amo,
I-o-way,
Mah-go-quick,
Zhah-wee,
Louison,
Mash-kum-me,
Crane,
Esk-bug-ge,
Noa-ah-kye,
Abraham Burnet,
Ma-gis-gize,
Nas-wah-gay,
Pok-to,
Little Bird,
Shim-nah,
Ma-kda-wah,
Black Wolf,

Root,
Niena-kto,
Ma-je-sah,
Mah-suck,
Bade-je-zha,
Kah-shqua,
Little American,
Match-kay,
Wane-mage,
Wah-wah-suck 2d,
Black Bird,
Wah-wah-suck 1st,
Wab-mack, (Henry Clay,)
T-buck-ke,
Zah-gna,
N. D. Grover,
Big Snake,
En-ne-byah,

Jau-ge-mage.
Sin-be-nim,
No-clah-Koshig,
Os-me-at,
Wah-bah-koze,
I-o-wa 2d,
Wah-we-sueah,
Mowa,
Moses H. Scott,
Kah-kee,
Andrew Jackson,
Ke-sis,
Pame-qe-yah,
Peme-nuek,
Be-to-quah,
Mesha-de,
Wm. Hendricks,
Nma-quise,
Mas-co,

Peter Moose,
Kah-dot,
Za-k-ta,
Ah-bdah-sqa,
Wah-nuck-ke,
Wah-be-een-do,
At-yah-she,
Qua-qua-tah,
Nah-nim-muck-shuck,
Antoine,
No-zha-kum,
Na-che-wa,
Ahn-quot,
* Jos. N. Bourassa,
Kka-mage,
* Jude W. Bourassa,
Bossman,
Joel Barrow,

[To the names of the Indians, except where there is an asterisk, are added their marks.]

*Witnesses.*

Joseph Bertrand, Jr.,
R. W. Cummins, *Indian Agent*,
Leonidas A. Vaughan,
Robert Simerwell,

Thomas Hurlburt,
J. W. Polk,
J. Lykins,
M. H. Scott,
Washn. Bossman,

John T. Jones,
James A. Poage,
Joseph Clymer, Jr.,
W. W. Cleghorn.

# TOWNSHIP Nº 7 SOUTH  RANGE Nº X  EAST  OF  6TH PRINCIPAL  MERIDIAN      KAN. TER.

Rec'd with S. Gen'l letter of 31st July 1857

Sec. 6.  630.95
Sec. 5.  642.00
Sec. 4.  646.12
Sec. 3.  639.52
Sec. 2.  639.36
Sec. 1.  639.56

Sec. 7.  638.32
Sec. 8.
Sec. 9.
Sec. 10.
Sec. 11.
Sec. 12.

Sec. 18.  639.56
Sec. 17.
Sec. 16.
Sec. 15.
Sec. 14.
Sec. 13.

Sec. 19.  640.16
Sec. 20.
Sec. 21.
Sec. 22.
Sec. 23.
Sec. 24.

Sec. 30.  639.40
Sec. 29.
Sec. 28.
Sec. 27.  266.11
Sec. 26.  33.20
Sec. 25.  38.08

POTTAWATTAMIE  RESERVE.

Sec. 31.  636.68
Sec. 32.
Sec. 33.
Sec. 34.  257.60
Sec. 35.
Sec. 36.

Total number of Acres. — 19780.62.

| Meanders of | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Posts | Courses | Ch.º Lk.º | Posts | Courses | Ch.º Lk.º | Posts | Courses | Ch.º Lk.º |

Scale 40 Chains to an Inch.

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Surveys | | | When Surveyed |
|---|---|---|---|---|---|---|
| | | | M. | Ch.º | Lk.º | |
| Township lines | Isaac M. Gunn | 15th October 1856 | | | | December 1856 |
| Subdivisions | George W. Foster | 11th November 1856 | 53 | 41 | 35 | April 15th & 25th 1857 |

The above Map of Township Nº 7 South of Range Nº X East of the 6th Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office.
Lecompton K.T. 31st July 1857.

J. Calhoun
Sur. Gen'l

Quantities noted in Tract Book Sep 24 1857 "Delaware" Vol 1.

Index'd

106

TOWNSHIP Nº 7 SOUTH RANGE Nº XI EAST OF 6th PRINCIPAL MERIDIAN    (KAN. TER.)

Recd with Sur. Genl letter of Novr 5th 1857

Meanders of

| Posts | Courses | Chs. Lks. | Posts | Courses | Chs. Lks. | Posts | Courses | Chs. Lks. |
|-------|---------|-----------|-------|---------|-----------|-------|---------|-----------|

Sec. 6. 624.90
Sec. 5.
Sec. 4.
Sec. 3.
Sec. 2.
Sec. 1.

Sec. 7. 625.00
Sec. 8.
Sec. 9.
Sec. 10.
Sec. 11.
Sec. 12.

Sec. 18. 625.00
Sec. 17.
Sec. 16.
Sec. 15.
Sec. 14.
Sec. 13.

Sec. 19. 631.40
Sec. 20.
Sec. 21.
Sec. 22.
Sec. 23.
Sec. 24.

Sec. 30. 47.37
Sec. 29. 50.33
Sec. 28. 44.95
Sec. 27. 42.00
Sec. 26. 44.40
Sec. 25. 45.00

POTTOWATTOMIE        RESERVE.

Sec. 31.
Sec. 32.
Sec. 33.
Sec. 34.
Sec. 35.
Sec. 36.

Scale 40 Chains to an Inch.

Total number of Acres.    15589.28

| Surveys Designated. | By Whom Surveyed. | Date of Contract | Amount of Surveys | When Surveyed. |
|---------------------|-------------------|------------------|-------------------|----------------|
|  |  |  | M. Chs. Lks. |  |
| Township lines | | October 15, 1856 | | December 1856 |
| Subdivisions | | October 11, 1856 | 44-70-66 | June 3rd to 1 1857 |

The above Map of Township Nº 7 South of Range Nº XI East of the 6th Princl at Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this office, which have been examined and approved.

Surveyor Generals Office,
Leavenworth Octr 3rd 1857    J. Calhoun
Sur. Genl

Index 46
106

# TOWNSHIP N.º 7 SOUTH RANGE N.º XII EAST OF 6.ᵗ PRINCIPAL MERIDIAN     (KAN. TER.)

Rec.ᵈ with Sur. Gen.ˡ letter of Nov.ʳ 5ᵗʰ 1857

| Meanders of | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Posts | Courses | Ch.ˢ Lk.ˢ | Posts | Courses | Ch.ˢ Lk.ˢ | Posts | Courses | Ch.ˢ Lk.ˢ |

Sec.6.    Sec.5.    Sec.4.    Sec.3.    Sec.2.    Sec.1.
6038

Sec.7.    Sec.8.    Sec.9.    Sec.10.    Sec.11.    Sec.12.
60540

Sec.18.    Sec.17.    Sec.16.    Sec.15.    Sec.14.    Sec.13.
61240

Sec.19.    Sec.20.    Sec.21.    Sec.22.    Sec.23.    Sec.24.
61600                                                        639.44

Sec.30    Sec.29    Sec.28    Sec.27    Sec.26    Sec.25.
39.33    27.52    16.74    12.50    11.95    3.95

POTTOWATTOMIE     RESERVE.

Sec.31.    Sec.32.    Sec.33.    Sec.34.    Sec.35.    Sec.36.

Total number of Acres. 15349.01

Scale 40 Chains to an Inch.

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Surveys | When Surveyed |
|---|---|---|---|---|
| | | | M.  Ch.ˢ  Lk.ˢ | |
| Township lines | william george George A. Calmer | Nov 3, 1856 October 151856 | | May 1856 January 1857 |
| Subdivisions | Stephen B. Lukson | October 12. 1856 | 44  05  94 | August 26.19 1857 |

The above Map of Township N.º 7 South of Range N.º XII East of the
6.ᵗ Principal Meridian Kansas Territory is strictly conformable to the field
notes of the survey thereof on file in this office, which have been examined and approved.

Surveyor Generals Office,
Leavenworth Oct.º 24 1857.                    J. Calhoun
                                             Sur.ʳ Gen.ˡ

# TOWNSHIP N° 7 SOUTH RANGE N° XIII EAST OF 6TH PRINCIPAL MERIDIAN     (KAN. TER.)

North Boundary of the Pottawattamie Reservation

Total number of Acres. 15,180.48

The above Map of Township N° 7 South of Range N° 13 East of the 6th Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office.
Wyandott K. T. Oct 15th 1856.

Meanders of

**TOWNSHIP Nº 7 SOUTH   RANGE Nº XIV EAST OF 6TH PRINCIPAL MERIDIAN**   ( KAN.TER. )

*Recᵈ with letter of 15th October 1856 HM*

72

| G   r   F   e   E   d   D   c   C   b   B   a   A |

Sec.6.  Sec.5.  Sec.4.  Sec.3.  Sec.2.  Sec.1.
622.40

Sec.7.  Sec.8.  Sec.9.  Sec.10.  Sec.11.  Sec.12.
623.60

Sec.18.  Sec.17.  Sec.16.  Sec.15.  Sec.14.  Sec.13.
623.20

Sec.19.  Sec.20.  Sec.21.  Sec.22.  Sec.23.  Sec.24.
580.94   599.20   593.40   585.50   580.20   578.20

*North Boundary   of the Pottawattamie Reservation*

Sec.30   Sec.29.   Sec.28.   Sec.27.   Sec.26.   Sec.25.

Sec.31.   Sec.32   Sec.33.   Sec.34.   Sec.35.   Sec.36.

n   O   o   P   p   Q   q   R   r   S   T

Meanders of

| Posts | Courses | Ch.ᵗ Lk.ˢ | Posts | Courses | Ch.ᵗ Lk.ˢ | Posts | Courses | Ch.ᵗ Lk.ˢ |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

*Total number of Acres   14.491.94*

| Surveys Designated | By Whom Surveyed. | Date of Contract | Amount of Survey | When Surveyed |
|---|---|---|---|---|
|  |  |  | M.   Ch.ˢ  Lk.ˢ |  |
| Township lines |  |  |  |  |
| Subdivisions | William S. Caldwell | November 29ᵗʰ 1855 | 35 - 00 - 59 | May 17ᵗʰ - 22ᵗʰ May 1856 |

The above Map of Township. Nº 7 South   of Range Nº 14 East of the
6 Principal  Meridian Kansas Territory   is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined and approved

Surveyor Generals Office
Wyandote 12ᵗʰ Oct 15 1856.         Surʳ Genˡ

*Quantities noted in Tract Book June 5ᵗʰ 1857*

*Scale 40 Chains to an Inch*

OF TOWNSHIP Nº 7 South     Range XV East     of the 6th Principal Meridian,

in the State of Kan. Ter.

A Correct Plat, _____     Register.

The following is a true exhibit of the numbers and areas of the tracts
made fractional by Indian boundaries.

Surveyor Generals - Office     J. Calhoun
Lecompton K. T. Decr. 10th 1856     Surr. Genl.

N

W                                                                     E

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| 6 | 5 | 4 | 3 | 2 | 1 |
| 7 | 8 | 9 | 10 | 11 | 12 |
| 18 | 17 | SCHOOL 16 SECTION. | 15 | 14 | 13 |
| 19 | 20 | 21 | 22 | 23 | 24 |
| 30 | 29 | 28 | 27 | 26 | 25 |
| 31 | 32 | 33 | 34 | 35 | 36 |

Section 3:
2 A 49.32 | 1 A 31.68
3 A 45.91 | 4 A 31.09
6 A 45.51 | 5 A 31.49
7 A 48.10 | 8 A 31.90

Section 10:
2 A 47.67 | 1 A 32.33
3 A 47.21 | 4 A 32.74
6 A 46.75 | 5 A 33.25
7 A 46.29 | 8 A 33.71

Section 15:
2 A 45.81 | 1 A 34.19
3 A 45.30 | 4 A 34.70
6 A 44.80 | 5 A 35.20
7 A 44.29 | 8 A 35.71

Section 22:
2 A 43.90 | 1 A 36.10
3 A 43.62 | 4 A 36.58
6 A 43.34 | 5 A 36.66
7 A 44.65 | 8 A 36.94

S

Sold by JOHN HALSALL.—USTICK STUDLEY & CO., Printers, St. Louis.

# TOWNSHIP N.º 8 SOUTH     RANGE N.º X EAST OF 6.ᵀᴴ PRINCIPAL MERIDIAN     KAN. TER.

Rec.ᵈ with Sur. Gen.ˡ letter of 31.ˢᵗ July 1857

**Meanders of**

| Posts | Courses | Ch.ˢ Lk.ˢ | Posts | Courses | Ch.ˢ Lk.ˢ | Posts | Courses | Ch.ˢ Lk.ˢ |
|---|---|---|---|---|---|---|---|---|

Total number of Acres.   132.64.34

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Surveys | When Surveyed |
|---|---|---|---|---|
| | | | M. Ch.ˢ Lk.ˢ | |
| Township lines | George A. Dunn | 13.ᵗʰ October 1856 | | December 1856 |
| Subdivisions | George W. Foster | 11.ᵗʰ November 1856 | 55 - 35 - 17.⁵ | April 14.ᵗʰ & 17.ᵗʰ 1857 |

The above Map of Township N.º 8 South  of Range N.º X East of the 6.ᵗʰ
Principal  Meridian  Kansas Territory  is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office,
Lecompton K.T. 31.ˢᵗ July 1857       J. Calhoun
                                                              Sur. Gen.ˡ

Quantities noted in Tract Book Sep. 24, 1857 Delaware Vol. 1.

# TOWNSHIP Nº 8 SOUTH, RANGE Nº XV EAST OF THE 6ᵗʰ PRINCIPAL MERIDIAN    (KAN. TER.)

Sec.6. Sec.5. Sec.4. Sec.3. Sec.2. Sec.1.

Sec.7. Sec.8. Sec.9. Sec.10. Sec.11. Sec.12.

Sec.18. Sec.17. Sec.16. Sec.15. Sec.14. Sec.13.

Sec.19. Sec.20. Sec.21. Sec.22. Sec.23. Sec.24.

Sec.30. Sec.29. Sec.28. Sec.27. Sec.26. Sec.25.

Sec.31. Sec.32. Sec.33. Sec.34. Sec.35. Sec.36.

Cedar Creek

Meanders of

| Posts | Courses | Chˢ Lkˢ | Posts | Courses | Chˢ Lkˢ | Posts | Courses | Chˢ Lkˢ |
|---|---|---|---|---|---|---|---|---|

Recd with letter of June 25ᵗʰ 1856

Total number of Acres   9743.50 D.T. Lands

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Survey | When Surveyed |
|---|---|---|---|---|
| | | | M. Chˢ Lkˢ | |
| Township lines | | | | |
| Subdivisions | William J. Caldwell D.S. | Nov 29ᵗʰ 1855 | 24 56 71  Del Tract 46 | January 11ᵗʰ & 22ᵈ 1856 |

Scale 40 Chains to an Inch

The above Map of Township Nº 8 South of Range Nº XV East of the 6ᵗʰ Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office,
Wyandott June 21ᵗʰ 1856

Sur. Genˡ

Quantities noted in Tract Book 3ᵈ Octr 1856

## TOWNSHIP N? 9 SOUTH   RANGE N? X EAST OF 6TH PRINCIPAL MERIDIAN    (KAN. TER.)

*Rec? with S. Gen? Letter of 26th June 1857*

| Meanders of | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Posts | Courses | Ch? Dis? | Posts | Courses | Ch? Dis? | Posts | Courses | Ch? Dis? |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

Total number of Acres. — 13497.46

| Surveys Designated. | By Whom Surveyed. | Date of Contract | Amount of Surveys | When Surveyed |
|---|---|---|---|---|
| | | | M. Ch. Di? | |
| Township lines | Geo. A. Dunn | October 13, 1856 | | October & December 1856 |
| Subdivisions | Jared Todd | October 14th 1856 | 35 - 43 - 211 | Dec 28 1856 to Jan 7th 1857 |

The above Map of Township N? 9 South of Range N? 10 East of the 6th
Principal Meridian Kansas Territory is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined, and approved.

Surveyor Generals Office.
Lecompton K.T. June 26, 1857.

J. Calhoun
Sur? Gen!

TOWNSHIP N.º 9 SOUTH, RANGE N.º XV EAST OF THE 6.ᵗʰ PRINCIPAL MERIDIAN          (KAN. TER.)

Sec.6.   Sec.5.   Sec.4.   Sec.3.   Sec.2.   Sec.1.

Sec.7.   Sec.8.   Sec.9.   Sec.10.   Sec.11.   Sec.12.

Sec.18.   Sec.17.   Sec.16.   Sec.15.   Sec.14.   Sec.13.

Sec.19.   Sec.20.   Sec.21.   Sec.22.   Sec.23.   Sec.24.

Sec.30   Sec.29.   Sec.28.   Sec.27.   Sec.26.   Sec.25.

Sec.31.   Sec.32.   Sec.33.   Sec.34.   Sec.35.   Sec.36.

Meanders of

| Posts | Courses | Ch.ᵗ Lk.ᵗ | Posts | Courses | Ch.ᵗ Lk.ᵗ | Posts | Courses | Ch.ᵗ Lk.ᵗ |
|-------|---------|-----------|-------|---------|-----------|-------|---------|-----------|
|       |         |           |       |         |           |       |         |           |

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Surveys | | | When Surveyed |
|--------------------|------------------|------------------|-----|-----|-----|---------------|
|                    |                  |                  | M. | Ch.ᵗ | Lk.ᵗ |               |
| Township lines     |                  |                  |    |     |     |               |
| Subdivisions       | Wm. S. Caldwell, D.S. | Nov 29.ᵗʰ 1855 | 24 | 70 | 89 | March 17ᵗʰ 1856 |

Total number of Acres   9878.40 D.ᵗ Lands.

The above Map of Township N.º 9 South of Range N.º XV East of the
Principal Meridian Kansas Territory  is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office.
Wyandott June 25.ᵗʰ 1856.                    Surᵣ Genᵗ

Quantities noted in Tract Book 3.ᵗ Oct.º 1856

TOWNSHIP Nº 10 SOUTH    RANGE Nº X EAST OF THE 6ᵀᴴ PRINCIPAL    MERIDIAN  (KAN. TER.)

Rec.ᵈ with S. Genˡ Letter of 26ᵗʰ June 1857

Sec.6.  Sec.5.  Sec.4.  Sec.3.  Sec.2.  Sec.1.
Sec.7.  Sec.8.  Sec.9.  Sec.10.  Sec.11.  Sec.12.
Sec.18.  Sec.16.  Sec.15.  Sec.14.  Sec.13.
Sec.19.  Sec.20.  Sec.21.  Sec.22.  Sec.23.  Sec.24.
Sec.30.  Sec.29.  Sec.28.  Sec.27.  Sec.26.  Sec.25.
Sec.31.  Sec.32.  Sec.33.  Sec.34.  Sec.35.  Sec.36.

KANSAS RIVER

THE POTTAWATTAMIE RESERVE

WEST BOUNDARY OF THE POTTAWATTAMIE RESERVE

SECOND STANDARD PARALLEL SOUTH

Meanders of the right and left bank of the Kansas River

Total number of Acres = 12,929.64

Area of River 576.55 acres

The above Map of Township Nº 10 South of Range Nº X East of the 6ᵗʰ Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor General's Office

J. Calhoun
Surᵣ Genˡ

TOWNSHIP N° 10 SOUTH   RANGE N° XV EAST OF 6ᵀᴴ PRINCIPAL   MERIDIAN

( KAN. TER.)

Rec'd with letter of June 25ᵗʰ 1856

Meanders of

| Posts | Courses | Ch.t Lk.t | Posts | Courses | Ch.t Lk.t | Posts | Courses | Ch.t Lk.t |
|---|---|---|---|---|---|---|---|---|

Sec.6.  Sec.5.  Sec.4.  Sec.3.  Sec.2.  Sec.1.

Sec.7.  Sec.8.  Sec.9.  Sec.10.  Sec.11.  Sec.12.

Sec.18.  Sec.17.  Sec.16.  Sec.15.  Sec.14.  Sec.13.

Sec.19.  Sec.20.  Sec.21.  Sec.22.  Sec.23.  Sec.24.

Sec.30.  Sec.29.  Sec.28.  Sec.27.  Sec.26.  Sec.25.

Sec.31.  Sec.32.  Sec.33.  Sec.34.  Sec.35.  Sec.36.

Total number of Acres.   9913.18 D.T. Lands

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Survey | | | When Surveyed |
|---|---|---|---|---|---|---|
| | | | M. | Ch.t | Lk.t | |
| Township lines | Wm S. Caldwell | 29. Nov.r 1855 | 24. 71. 91 | | | Sp.t 1st & 4th 1856 |
| Subdivisions | J.S. | | Del Tract A.6. | | | |

The above Map of Township N.o 10 South of Range N.o 15 East of the
6ᵗʰ Principal Meridian Kansas Territory is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office,
Wyandott June 25ᵗʰ 1856.

Sur.r Gen.l

Quantity Noted in Tract Book 3.t Oct.r 1856

# TOWNSHIP N° 11 SOUTH RANGE N° X EAST OF 6TH PRINCIPAL MERIDIAN (KAN. TER.)

*Received with Surveyor Gen'l letter N° 30,949 of Aug't 17th 1858.*

Sec.6. | Sec.5. | Sec.4. | Sec.3 | Sec.2. | Sec.1.

Sec.7. | Sec.8. | Sec.9. | Sec.10. | Sec.11. | Sec.12.

Sec.18. | Sec.17. | Sec.16. | Sec.15. | Sec.14. | Sec.13.

Sec.19. | Sec.20. | Sec.21. | Sec.22. | Sec.23. | Sec.24.

Sec.30 | Sec.29. | Sec.28. | Sec.27. | Sec.26. | Sec.25.

Sec.31. | Sec.32. | Sec.33. | Sec.34. | Sec.35. | Sec.36.

POTTOWATTOMIE RESERVE

Scale 40 Chains to an Inch.

| Meanders of | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Posts | Courses | Ch.? Lk? | Posts | Courses | Ch.? Lk? | Posts | Courses | Ch.? Lk? |

Total number of Acres. 14.492.79

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Surveys | | | When Surveyed. |
|---|---|---|---|---|---|---|
| | | | M. | Ch? | Lk? | |
| Township lines | William Weir Jr. | October 10. 1856 | | | | January 1857 |
| Subdivisions | John E. M° Mullen | October 17. 1856 | 37 | 24 | 74 | 30. 24. Aug.? 1857 |
| 2° Stan.? Parallel | Joseph Ledlie | April 24. 1855 | 36. 73. 5 ½ / 33. 22 | | | August 1855 |

The above Map of Township N° 11 South of Range N° X East of the 6th Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor General's Office, Nebraska City N. T. 11 Aug 1858

J. Calhoun Sur. Gen'l



The above Map of Township No 11 South of Range No XV East of the 6th Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Case 5:26-cv-04076-HLT-ADM     Document 1-2     Filed 07/06/26     Page 23 of 28



TOWNSHIP Nº 12 SOUTH RANGE Nº X EAST OF 6ᵀᴴ PRINCIPAL MERIDIAN     (KAN. TER.)

TOWNSHIP N.° 12 SOUTH RANGE N.° XI EAST OF 6ᵀᴴ PRINCIPAL MERIDIAN (KAN. TER.)

*Recieved with Surveyor General's letter N.° 50,949 of Aug.t 17, 1858.*

G    f    F    e    E    d    D    c    C    b    B    a    A

| Meanders of | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Posts | Courses | Ch.ᵗ Lk.ˢ | Posts | Courses | Ch.ᵗ Lk.ˢ | Posts | Courses | Ch.ᵗ Lk.ˢ |

g    Sec.6.    Sec.5.    Sec.4.    Sec.3.    Sec.2.    Sec.1.

H

h    Sec.7.    Sec.8.    Sec.9.    Sec.10.    Sec.11.    Sec.12.    x

I

i    Sec.18.    Sec.17.    Sec.16.    Sec.15.    Sec.14.    Sec.13.    w

K    W

k    Sec.19.    Sec.20.    Sec.21.    Sec.22.    Sec.23.    Sec.24.    v

POTTOWATTOMIE RESERVE

L

l    Sec.30    Sec.29.    Sec.28.    Sec.27.    Sec.26.    Sec.25.
     572.52    570.00    569.31    269.90    571.90    560.32

M    U

m    Sec.31.    Sec.32.    Sec.33.    Sec.34.    Sec.35.    Sec.36.
     632.90

N    n    o    P    p    Q    q    R    r    S    T

Scale 40 Chains to an Inch.

Total number of Acres.    7935.06

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Survey | When Surveyed |
|---|---|---|---|---|
| | | | M.  Ch.ˢ  Lk.ˢ | |
| Township lines | William Weer Jr | October 10 1856 | | Oct.ʳ Dec.ʳ 1856 |
| Subdivisions | John P. McMullen | October 17 1856 | 15. 34. 18 | Aug. 28-30 1857 |

The above Map of Township N.° 12 South of Range N.° XI East of the 6ᵗʰ Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor General's Office.
Nebraska City N.T. 11 Aug. 1858

J. Calhoun
Sur. Gen.ˡ

TOWNSHIP N° 12 SOUTH RANGE N° XII EAST OF 6ᵀᴴ PRINCIPAL MERIDIAN      (KAN. TER.)

*Recieved with Surveyor Genᵉ letter N° 50.949 of August 17ᵗʰ 1858.*

G      F      f      E      e      E      d      D      c      C      b      b      B      a      A

| Sec. 6. | Sec. 5. | Sec. 4. | Sec. 3. | Sec. 2. | Sec. 1. |

| Sec. 7. | Sec. 8. | Sec. 9. | Sec. 10. | Sec. 11. | Sec. 12. |

| Sec. 18. | Sec. 17. | Sec. 16. | Sec. 15. | Sec. 14. | Sec. 13. |

| Sec. 19. | Sec. 20. | Sec. 21. | Sec. 22. | Sec. 23. | Sec. 24. |

POTTOWATTOMIE      RESERVE

| Sec. 30 | Sec. 29. | Sec. 28. | Sec. 27. | Sec. 26. | Sec. 25. |

| Sec. 31. | Sec. 32. | Sec. 33. | Sec. 34. | Sec. 35. | Sec. 36. |

Scale 40 Chains to an Inch.

### Meanders of

| Posts | Courses | Ch.ᵗ Lk.ᵗ | Posts | Courses | Ch.ᵗ Lk.ᵗ | Posts | Courses | Ch.ᵗ Lk.ᵗ |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

Total number of Acres.      7200. 30

| Surveys Designated | By Whom Surveyed | Date of Contract | Amount of Survey | | | When Surveyed |
|---|---|---|---|---|---|---|
| | | | M. | Ch.ᵗ | Lk.ᵗ | |
| Township lines | William Meen'c° | November 5 1855 October 10 1856 | | | | Nov. 1856 |
| Subdivisions | John B. McMullen | October 17 1856 | 15. | 32. | 55 | Aug.ᵗ 31 Sep.ᵗ 1 1857 |

The above Map of Township N° 12 South of Range N° XII East of the 6ᵗʰ Principal Meridian Kansas Territory is strictly conformable to the field notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office,
Nebraska City N. T. 11 Aug 1858

J. Calhoun
Surᵉ Genᵗ

# TOWNSHIP Nº 12 SOUTH RANGE Nº XIII EAST OF 6ᵀᴴ PRINCIPAL MERIDIAN     KAN-TER.

*Rec'd with Sur-Genl letter of Dec. 2nd 1857  HCM*

| G | f | F | e | E | d | D | c | C | b | B | A |

| Sec.6. | Sec.5. | Sec.4. | Sec.3. | Sec.2. | Sec.1. |
| Sec.7. | Sec.8. | Sec.9. | Sec.10. | Sec.11. | Sec.12. |
| Sec.18. | Sec.17. | Sec.16. | Sec.15. | Sec.14. | Sec.13. |
| Sec.19. | Sec.20. | Sec.21. | Sec.22. | Sec.23. | Sec.24. |

POTTAWATTAMIE     RESERVATION.

| Sec.30. | Sec.29. | Sec.28. | Sec.27. | Sec.26. | Sec.25. |
| Sec.31. | Sec.32. | Sec.33. | Sec.34. | Sec.35. | Sec.36. |

Scale 40 Chains to an Inch.

### Meanders of

| Posts | Courses | Ch. Lk. | Posts | Courses | Ch. Lk. | Posts | Courses | Ch. Lk. |
|---|---|---|---|---|---|---|---|---|

Total number of Acres.   7274.06 .

| Surveys Designated | By Whom Surveyed | Date of Instructions | Amount of Surveys | | | When Surveyed |
|---|---|---|---|---|---|---|
| | | | M. | Ch. | Lk. | |
| Township lines | | | | | | |
| Subdivisions | Edmund C. Schatz | 29th July 1856 | 10 | 19 | 61 | Sep. 15th to 8th 1856 |

The above Map of Township Nº. 12 South of Range Nº. XIII East of the 6th
Principal Meridian Kansas Territory is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office,
Lecompton K.T. Nov 21 1857
J. C. Moore
Surr. Genl.

Quantities noted in tract book Jany 23 1858

## TOWNSHIP Nº 12 SOUTH RANGE Nº XIV EAST OF 6ᵗʰ PRINCIPAL MERIDIAN     KAN. TER.

*Recᵈ with Sur. Gen. letter of Decʳ 2ⁿᵈ 1857*

G    g    F    e    E    d    D    c    C    b    B    a    A

Sec.6.    Sec.5.    Sec.4.    Sec.3.    Sec.2.    Sec.1.

Sec.7.    Sec.8.    Sec.9.    Sec.10.    Sec.11.    Sec.12.

Sec.18.    Sec.17.    Sec.16.    Sec.15.    Sec.14.    Sec.13.

Sec.19.    Sec.20.    Sec.21.    Sec.22.    Sec.23.    Sec.24.

POTTAWATTAMIE     RESERVATION.

Sec.30    Sec.29.    Sec.28.    Sec.27.    Sec.26.    Sec.25.

Sec.31.    Sec.32.    Sec.33.    Sec.34.    Sec.35.    Sec.36.

Scale 40 Chains to one Inch.

| Meanders of |  |  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|---|---|
| Posts | Courses | Chⁿ Lkˢ | Posts | Courses | Chⁿ Lkˢ | Posts | Courses | Chⁿ Lkˢ |

Total number of Acres.    7402.62

| Surveys Designated | By Whom Surveyed | Date of Instructions | Amount of Surveys | | | When Surveyed |
|---|---|---|---|---|---|---|
|  |  |  | M. | Chⁿ | Lkˢ |  |
| Township lines | | | | | | |
| Subdivisions | Edmund O'Flaherty | 30ᵗʰ July 1856 | 16 | 36 | 81 | Sep 10ᵗʰ to 18ᵗʰ 1856 |

The above Map of Township Nº 12 South of Range Nº XIV East of the 6ᵗʰ
Principal Meridian Kansas Territory is strictly conformable to the field
notes of the survey thereof on file in this Office, which have been examined and approved.

Surveyor Generals Office.
Lecompton, K. T. 21 Novʳ 1857.

Surᵛ Genˡ



POTTAWATTAMIE     RESERVE.