# Exhibit 2 (Corrected)

# Kansas Retail Lottery Locations within the Boundaries of the 1846 Potawatomi Reservation



## Legend

- ▭ 1846_Res
- 📍 Kansas_Lottery_Locations
- — Rivers & Streams
- — Roads & Streets
- ▭ CityBoundaries

Note: Numbers beside each lottery location corresponds to the ID field on the accompanying table. Locations provided by the Kansas Lottery website, www.playonkansas.com, accessed on 1 May 2026. Reservation boundaries authorized by the Treaty of Council Bluffs and Osage River, 5 & 17 June 1846 (9 Stat 853) and surveyed and approved by authority of the General Land Office, 1857.

# Kansas Lottery Retail Locations within the Boundaries of the 1846 Potawatomi Reservation

| ID | Name | Address | City | ST | ZIP |
|---|---|---|---|---|---|
| 1 | Maple Hill Truck Stop | 32981 WINDY HILL RD | MAPLE HILL | KS | 66507 |
| 2 | Casey`s General Store 3047 | 215 E HWY 24 | ROSSVILLE | KS | 66533 |
| 3 | Wehner`s Of Rossville | 551 E HWY 24 TRFY | ROSSVILLE | KS | 66533 |
| 4 | Short Stop 24 | 603 E HWY 24 | SAINT MARYS | KS | 66536 |
| 5 | Phillips 66 17088 | 10021 NW HWY 24 | SILVER LAKE | KS | 66539 |
| 6 | Casey`s General Store 1196 | 424 CHESTNUT | SILVER LAKE | KS | 66539 |
| 7 | West Ridge Lanes | 1935 SW WESTPORT DR | TOPEKA | KS | 66604 |
| 8 | Murphy Express 8599 | 1531 SW WANAMAKER RD | TOPEKA | KS | 66604 |
| 9 | Kwik Shop 713 | 5700 SW 21ST ST | TOPEKA | KS | 66604 |
| 10 | I-70 Bp | 1000 SW WANAMAKER | TOPEKA | KS | 66604 |
| 11 | Haag`s Express | 1001 SW WANAMAKER RD | TOPEKA | KS | 66604 |
| 12 | WaL-Mart 1802 | 1501 SOUTHWEST WANAMAKER F | TOPEKA | KS | 66604 |
| 13 | B Well Corner (Mall Munchies) | 1801 SOUTHWEST WANAMAKER F | TOPEKA | KS | 66604 |
| 14 | I70 66 | 600 SW FAIRLAWN | TOPEKA | KS | 66606 |
| 15 | Fairlawn Express (Valero 1 Stop) | 706 SW FAIRLAWN RD | TOPEKA | KS | 66606 |
| 16 | Haag`s Kicks 66 | 3300 SW GAGE BLVD | TOPEKA | KS | 66614 |
| 17 | HY-Vee Gas 1658 | 6011 SW 29TH | TOPEKA | KS | 66614 |
| 18 | Fairlawn 66 | 2836 SW FAIRLAWN | TOPEKA | KS | 66614 |
| 19 | Dillons Gas Store 9087 | 5311 SW 22ND PL | TOPEKA | KS | 66614 |
| 20 | HY-Vee 1658 | 2951 SW WANAMAKER RD | TOPEKA | KS | 66614 |
| 21 | Wanamaker Amoco | 5977 SW 29TH | TOPEKA | KS | 66614 |
| 22 | Dillons 37 | 6829 SW 29TH ST | TOPEKA | KS | 66614 |
| 23 | Dillons Gas Store 9037 | 6829 1/2 SW 29TH | TOPEKA | KS | 66614 |
| 24 | Casey`s General Store 3580 | 6741 SW 21ST ST | TOPEKA | KS | 66615 |
| 25 | Meyer S. Wine and Spirits | 5610 SW 29th Street | TOPEKA | KS | 66614 |
| 26 | Dillons 87 | 2101 SW Fairlawn Rd | TOPEKA | KS | 66614 |
| 27 | Quick Stop 5 | 3335 SW Gage Blvd | TOPEKA | KS | 66614 |